1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   OSWALDO SOTO, an individual,

12          Plaintiff,

13                vs.

14

15   METRO SERVICES GROUP, a California
     Corporation and DOES 1 through 20,
16   inclusive,

17

18          Defendant.

19

Case No.: CV 19-1687-DMG (RAOx)

**ORDER FOR DISMISSAL OF
ACTION WITH PREJUDICE
[15]**

20        Based upon the stipulation by and between the parties, through their undersigned

21   counsel, and good cause appearing, IT IS HEREBY ORDERED that the above-entitled

22   action is dismissed in its entirety, with prejudice.  The parties shall bear their own

23   attorneys' fees and costs

24

25   DATED:  June 18, 2019

26                                        DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE
27

28